# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**
**Schedule of Investor Payments to and from NASI**
**Keith and Joy Henning**
**Investor Accts.: 6-0232**

| Account | Investor | Deposits (Investment) | Payments Received | Total Profit Amount |
|---|---|---|---|---|
| 6-0232 | Keith & Joy Henning | $ 336,800.00 | $ (470,250.00) | $ (133,450.00) |

**Keith & Joy Henning - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 06/10/05 | Keith Henning | 1 ATM | $ 19,800.00 | $ 19,800.00 |
| CNB | 22414410 | Deposit | 11/22/05 | Keith Henning | | $ 20,000.00 | $ 39,800.00 |
| CNB | 22414410 | Deposit | | Keith Henning | | $ 19,800.00 | $ 59,600.00 |
| CNB | 22414410 | Deposit | 04/24/06 | Keith Henning | 3 ATMs | $ 59,400.00 | $ 119,000.00 |
| CNB | 22414410 | Deposit | 11/10/06 | Keith Henning | Split Check, $59400, $19800 to Travis | $ 39,600.00 | $ 158,600.00 |
| CNB | 22414410 | Deposit | 06/05/07 | Keith Henning | 6 ATMs | $ 118,800.00 | $ 277,400.00 |
| CNB | 22414410 | Deposit | 12/12/07 | Keith Henning | 3 ATMs | $ 59,400.00 | $ 336,800.00 |
| | | | | | Total | $ 336,800.00 | |

**Keith & Joy Henning - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Withdrawal | 07/01/05 | Keith Henning | | $ (330.00) | $ (330.00) |
| CNB | 22383612 | Withdrawal | 08/01/05 | Keith Henning | | $ (330.00) | $ (660.00) |
| CNB | 22383612 | Withdrawal | 09/01/05 | Keith Henning | | $ (330.00) | $ (990.00) |
| CNB | 22383612 | Withdrawal | 10/01/05 | Keith Henning | | $ (330.00) | $ (1,320.00) |
| CNB | 22383612 | Withdrawal | 11/01/05 | Keith Henning | | $ (330.00) | $ (1,650.00) |
| CNB | 22414399 | Withdrawal | 12/01/05 | Keith Henning | | $ (330.00) | $ (1,980.00) |
| CNB | 22414399 | Withdrawal | 01/01/06 | Keith Henning | | $ (330.00) | $ (2,310.00) |
| CNB | 22414399 | Withdrawal | 02/01/06 | Keith Henning | | $ (660.00) | $ (2,970.00) |
| CNB | 22414399 | Withdrawal | 03/01/06 | Keith Henning | | $ (660.00) | $ (3,630.00) |
| CNB | 22414399 | Withdrawal | 04/01/06 | Keith Henning | | $ (660.00) | $ (4,290.00) |
| CNB | 22414399 | Withdrawal | 05/01/06 | Keith Henning | | $ (660.00) | $ (4,950.00) |
| CNB | 22414399 | Withdrawal | 06/01/06 | Keith Henning | | $ (660.00) | $ (5,610.00) |
| CNB | 22414399 | Withdrawal | 07/01/06 | Keith Henning | | $ (660.00) | $ (6,270.00) |
| CNB | 22414399 | Withdrawal | 08/01/06 | Keith Henning | | $ (1,650.00) | $ (7,920.00) |
| CNB | 22414399 | Withdrawal | 09/07/06 | Keith Henning | | $ (1,650.00) | $ (9,570.00) |
| CNB | 22414399 | Withdrawal | 10/01/06 | Keith Henning | | $ (1,650.00) | $ (11,220.00) |
| CNB | 22414399 | Withdrawal | 11/01/06 | Keith Henning | | $ (1,650.00) | $ (12,870.00) |
| CNB | 22414399 | Withdrawal | 12/01/06 | Keith Henning | | $ (1,650.00) | $ (14,520.00) |
| CNB | 22414399 | Withdrawal | 12/31/06 | Keith Henning | | $ (1,650.00) | $ (16,170.00) |
| CNB | 22414399 | Withdrawal | 02/01/07 | Keith Henning | | $ (1,650.00) | $ (17,820.00) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Keith Henning | | $ (2,640.00) | $ (20,460.00) |
| CNB | 22414399 | Withdrawal | 04/01/07 | Keith Henning | | $ (2,640.00) | $ (23,100.00) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Keith Henning | | $ (2,640.00) | $ (25,740.00) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Keith Henning | | $ (2,640.00) | $ (28,380.00) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Keith Henning | | $ (2,640.00) | $ (31,020.00) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Keith Henning | | $ (2,640.00) | $ (33,660.00) |
| CNB | 22414399 | Withdrawal | 09/12/07 | Keith Henning | | $ (4,290.00) | $ (37,950.00) |
| CNB | 22414399 | Withdrawal | 10/09/07 | Keith Henning | | $ (4,290.00) | $ (42,240.00) |
| CNB | 22414399 | Withdrawal | 11/08/07 | Keith Henning | | $ (4,290.00) | $ (46,530.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 12/07/07 | Keith Henning | | $ (4,290.00) | $ (50,820.00) |
| CNB | 22414399 | Withdrawal | 01/09/08 | Keith Henning | | $ (4,290.00) | $ (55,110.00) |
| CNB | 22414399 | Withdrawal | 02/07/08 | Keith Henning | | $ (4,290.00) | $ (59,400.00) |
| CNB | 22414399 | Withdrawal | 03/07/08 | Keith Henning | | $ (4,290.00) | $ (63,690.00) |
| CNB | 22414399 | Withdrawal | 04/09/08 | Keith Henning | | $ (5,280.00) | $ (68,970.00) |
| CNB | 22414399 | Withdrawal | 05/07/08 | Keith Henning | | $ (5,280.00) | $ (74,250.00) |
| CNB | 22414399 | Withdrawal | 06/09/08 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (79,530.00) |
| CNB | 22414399 | Withdrawal | 07/08/08 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (84,810.00) |
| CNB | 22414399 | Withdrawal | 08/05/08 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (90,090.00) |
| CNB | 22414399 | Withdrawal | 09/05/08 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (95,370.00) |
| CNB | 22414399 | Withdrawal | 10/08/08 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (100,650.00) |
| CNB | 22414399 | Withdrawal | 11/06/08 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (105,930.00) |
| CNB | 22414399 | Withdrawal | 12/09/08 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (111,210.00) |
| CNB | 22414399 | Withdrawal | 01/07/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (116,490.00) |
| CNB | 22414399 | Withdrawal | 02/04/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (121,770.00) |
| CNB | 22414399 | Withdrawal | 03/04/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (127,050.00) |
| CNB | 22414399 | Withdrawal | 04/07/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (132,330.00) |
| CNB | 22414399 | Withdrawal | 05/11/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (137,610.00) |
| CNB | 22414399 | Withdrawal | 06/03/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (142,890.00) |
| CNB | 22414399 | Withdrawal | 07/07/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (148,170.00) |
| CNB | 22414399 | Withdrawal | 08/06/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (153,450.00) |
| CNB | 22414399 | Withdrawal | 09/08/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (158,730.00) |
| CNB | 22414399 | Withdrawal | 10/06/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (164,010.00) |
| CNB | 22414399 | Withdrawal | 11/05/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (169,290.00) |
| CNB | 22414399 | Withdrawal | 12/04/09 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (174,570.00) |
| CNB | 22414399 | Withdrawal | 01/06/10 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (179,850.00) |
| CNB | 22414399 | Withdrawal | 02/04/10 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (185,130.00) |
| CNB | 22414399 | Withdrawal | 03/04/10 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (190,410.00) |
| CNB | 22414399 | Withdrawal | 04/06/10 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (195,690.00) |
| CNB | 22414399 | Withdrawal | 05/05/10 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (200,970.00) |
| CNB | 22414399 | Withdrawal | 06/03/10 | Keith Henning or Joy Cunningham | | $ (5,280.00) | $ (206,250.00) |
| CNB | 22414399 | Withdrawal | 07/07/10 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (211,530.00) |
| CNB | 22414399 | Withdrawal | 08/03/10 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (216,810.00) |
| CNB | 22414399 | Withdrawal | 09/07/10 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (222,090.00) |
| CNB | 22414399 | Withdrawal | 10/05/10 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (227,370.00) |
| CNB | 22414399 | Withdrawal | 11/04/10 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (232,650.00) |
| CNB | 22414399 | Withdrawal | 12/06/10 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (237,930.00) |
| CNB | 22414399 | Withdrawal | 01/05/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (243,210.00) |
| CNB | 22414399 | Withdrawal | 02/04/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (248,490.00) |
| CNB | 22414399 | Withdrawal | 03/04/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (253,770.00) |
| CNB | 22414399 | Withdrawal | 04/06/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (259,050.00) |
| CNB | 22414399 | Withdrawal | 05/04/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (264,330.00) |
| CNB | 22414399 | Withdrawal | 06/07/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (269,610.00) |
| CNB | 22414399 | Withdrawal | 07/07/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (274,890.00) |
| CNB | 22414399 | Withdrawal | 08/08/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (280,170.00) |
| CNB | 22414399 | Withdrawal | 09/07/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (285,450.00) |
| CNB | 22414399 | Withdrawal | 10/04/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (290,730.00) |
| CNB | 22414399 | Withdrawal | 11/04/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (296,010.00) |
| CNB | 22414399 | Withdrawal | 12/06/11 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (301,290.00) |
| CNB | 22414399 | Withdrawal | 01/09/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (306,570.00) |
| CNB | 22414399 | Withdrawal | 02/06/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (311,850.00) |
| CNB | 22414399 | Withdrawal | 03/06/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (317,130.00) |
| CNB | 22414399 | Withdrawal | 04/04/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (322,410.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 05/07/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (327,690.00) |
| CNB | 22414399 | Withdrawal | 06/05/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (332,970.00) |
| CNB | 22414399 | Withdrawal | 07/05/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (338,250.00) |
| CNB | 22414399 | Withdrawal | 08/07/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (343,530.00) |
| CNB | 22414399 | Withdrawal | 09/06/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (348,810.00) |
| CNB | 22414399 | Withdrawal | 10/04/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (354,090.00) |
| CNB | 22414399 | Withdrawal | 11/06/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (359,370.00) |
| CNB | 22414399 | Withdrawal | 12/04/12 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (364,650.00) |
| CNB | 22414399 | Withdrawal | 01/07/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (369,930.00) |
| CNB | 22414399 | Withdrawal | 02/11/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (375,210.00) |
| CNB | 22414399 | Withdrawal | 03/05/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (380,490.00) |
| CNB | 22414399 | Withdrawal | 04/03/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (385,770.00) |
| CNB | 22414399 | Withdrawal | 05/06/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (391,050.00) |
| CNB | 22414399 | Withdrawal | 06/05/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (396,330.00) |
| CNB | 22414399 | Withdrawal | 07/08/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (401,610.00) |
| CNB | 22414399 | Withdrawal | 08/05/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (406,890.00) |
| CNB | 22414399 | Withdrawal | 09/05/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (412,170.00) |
| CNB | 22414399 | Withdrawal | 10/04/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (417,450.00) |
| CNB | 22414399 | Withdrawal | 11/08/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (422,730.00) |
| CNB | 22414399 | Withdrawal | 12/05/13 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (428,010.00) |
| CNB | 22414399 | Withdrawal | 01/07/14 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (433,290.00) |
| CNB | 22414399 | Withdrawal | 02/04/14 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (438,570.00) |
| CNB | 22414399 | Withdrawal | 03/04/14 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (443,850.00) |
| CNB | 22414399 | Withdrawal | 04/04/14 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (449,130.00) |
| CNB | 22414399 | Withdrawal | 05/06/14 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (454,410.00) |
| CNB | 22414399 | Withdrawal | 06/04/14 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (459,690.00) |
| CNB | 22414399 | Withdrawal | 07/07/14 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (464,970.00) |
| CNB | 22414399 | Withdrawal | 08/12/14 | Keith Henning or Joy Henning | | $ (5,280.00) | $ (470,250.00) |
| | | | | | **Total** | **$ (470,250.00)** | |