David R. Zaro (SBN 124334)
Edward G. Fates (SBN 227809)
Tim C. Hsu (SBN 279208)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
Tel: (213) 622-5555  Facsimile: (213) 620-8816

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>                           Plaintiff(s),<br>v.<br><br>KEITH HENNING, an individual; JOY HENNING aka JOY CUNNINGHAM, an individual; and DOES 1 THROUGH 10, inclusive<br>                           Defendant(s). | CASE NUMBER<br>2:17-cv-5884-RSWL-JPR<br><br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety. With Prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| November 8, 2017 | /s/  Tim C. Hsu |
| *Date* | *Signature of Attorney/Party* |
| | TIM C. HSU |



American LegalNet, Inc.
www.FormsWorkFlow.com